USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAVYON GRAY,

                        Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES LLC and
EXPERIAN INFORMATION SOLUTIONS, INC.,

                        Defendants.

23-CV-02041 (MMG)

**NOTICE OF REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

      This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.  All counsel must familiarize themselves with the Court's Individual Rules & Practices, which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett.

Dated: February 26, 2024
       New York, New York

                                                       SO ORDERED.

                                                       MARGARET M. GARNETT
                                                       United States District Judge